# RETURN OF SERVICE

| State of Florida | County of Middle | District Court |
|---|---|---|

Case Number: 2:10-CV-201-FTM-365PC

Plaintiff:
**LESLIE A. FATTORUSSO and GERALD N. HARRINGTON**

vs.

Defendants:
**M/V WANDERER II (Official Number 1052543), its engines, tackle, apparel, etc., in rem, et al.**

For:
Eric Thiel
Banker Lopez Gassler, P.A.
501 East Kennedy Boulevard
Suite 1500
Tampa, FL  33602

Received by MERCURYSERVE, INC. on the **8th day of April, 2010** at **4:14 pm** to be served on **Blayne's Auto Air, Inc. c/o Cynthia M. Hass, Registered Agent, 1716 SE 44th Street, Cape Coral, FL 33904**.

I, SHANE EARHART.., do hereby affirm that on the **12th day of April, 2010** at **6:36 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT IN REM AND IN PERSONAM, EXHIBITS A & B** with the date and hour of service endorsed thereon by me, to: **BLAYNE HASS** as **SECRETARY/TREASURER** for **Blayne's Auto Air, Inc.**, at the address of: **1716 SE 44th Street, Cape Coral, FL 33904**, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.  Notary not required pursuant to Florida Statute 92.525.

_____
SHANE EARHART..
#157180

MERCURYSERVE, INC.
500 East Kennedy Blvd.
Suite 100
Tampa, FL  33602
(813) 223-5400
Our Job Serial Number: 2010011749

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| LESLIE A. FATTORUSSO and GERALD N. HARRINGTON <br> *Plaintiff* <br><br> v. <br><br> M/V WANDERER II (Official Number 1052543), its engines, tackle, apparel, etc., in rem, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) 2:10-cv-201-FtM-36SPC <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blayne's Auto Air, Inc.
c/o Cynthia M. Hass, Registered Agent
1716 SE 44th Street
Cape Coral, FL  33904


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric C. Thiel, Esquire
Banker Lopez Gassler PA
501 East Kennedy Blvd., Suite 1500
Tampa, FL  33602


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 4/5/2010

*Samantha Blake*
*Signature of Clerk or Deputy Clerk*