# RETURN OF SERVICE

State of Florida                County of Middle                District Court

Case Number: 2:10-CV-201-FTM-365PC

Plaintiff:
**LESLIE A. FATTORUSSO and GERALD N. HARRINGTON**
vs.
Defendants:
**M/V WANDERER II (Official Number 1052543), its engines, tackle, apparel, etc., in rem, et al.**

For:
Eric Thiel
Banker Lopez Gassler, P.A.
501 East Kennedy Boulevard
Suite 1500
Tampa, FL 33602

Received by MERCURYSERVE, INC. on the **8th day of April, 2010** at **4:13 pm** to be served on **Pete D. Garrigus d/b/a Captain Pete's, 18234 Hemlock Road, Ft. Myers, FL 33912.**

I, SHANE EARHART.., do hereby affirm that on the **26th day of May, 2010** at **6:58 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT IN REM AND IN PERSONAM, EXHIBITS A & B** with the date and hour of service endorsed thereon by me, to: **LAURA GARRIGAS** as **SPOUSE** at the address of: **5403 SW 3RD AVENUE, NAPLES, FL 33914**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SUBJECT DOES NOT RESIDE AT THE ABOVE ADDRESS. THE WOMAN RESIDING THERE REFUSED TO STATE HER NAME BUT STATES THAT SHE DOES NOT KNOW SUBJECT. ATTEMPTED SERVICE AT 1716 SE 44TH STREET, CAPE CORAL, FL 33904. THIS IS THE RESIDENCE OF BLAYNE HASS. HE STATES THAT SUBJECT DOES NOT RESIDE THERE. ATTEMPTED SERVICE AT 1517 SE 25TH LANE, CAPE CORAL, FL 33904. THIS IS THE BUSINESS OFFICE OF BLAYNE HASS. SUBJECT IS NO LONGER WORKING AT THIS ADDRESS. LOCATED AND SERVED AT 5403 SW 3RD AVENUE, CAPE CORAL, FL 33914.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to Florida Statute 92.525.

SHANE EARHART..
#157180

MERCURYSERVE, INC.
500 East Kennedy Blvd.
Suite 100
Tampa, FL 33602
(813) 223-5400
Our Job Serial Number: 2010011747

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u