UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLIE A. FATTORUSSO; GERALD N. HARRINGTON,

                Plaintiffs,

-vs-                                        Case No. 2:10-cv-201-FtM-36SPC

THE M/V WANDERER II, (official number 1052543), its engines, tackle, apparel, etc., in rem; PETE D. GARRIGUS, in personam, doing business as Captain Pete's; BLAYNE HASS, in personam, BLAYNE'S AUTO AIR, INC., in personam,

                Defendants.

_____

## ORDER

This matter comes before the Court on the Plaintiffs, Leslie A. Fattorusso and Gerald N. Harrington's Motion for Extension of Time (Doc. #46) filed on March 9, 2011. The Plaintiffs move the Court to enlarge the time to notify the Court of the date and time of the rescheduled mediation up to March 18, 2011. As grounds, the Plaintiffs states the Court allowed counsel for the Defendant Hass to withdraw from the case on February 8, 2011. The Defendant Hass was directed to inform the Court on or before February 28, 2011, that he had either retained counsel or was preceding *pro se*. The Plaintiffs state they have not heard from Defendant Hass and that no counsel has made an appearance on his behalf.

The Court having considered the Plaintiffs' Motion finds good cause to grant the requested extension of time.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Leslie A. Fattorusso and Gerald N. Harrington's Motion for Extension of Time (Doc. #46) is **GRANTED**.  The Plaintiffs have up to and including **March 18, 2011**, to inform the Court of the mediation time and date.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th    day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record