UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLIE A. FATTORUSSO; GERALD N. HARRINGTON,

          Plaintiffs,

-vs-                                 Case No.  2:10-cv-201-FtM-36SPC

THE M/V WANDERER II, (official number 1052543), its engines, tackle, apparel, etc. , in rem and  BLAYNE HASS, in personam,

          Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiffs, Leslie A. Fattorusso and Gerald N. Harrington's Motion for Extension of Time (Doc. #57) filed on May 31, 2011.  The Plaintiffs state that mediation is scheduled for June 9, 2011, and therefore, move the Court to extend the deadline to file the final pretrial statement including jury instructions and verdict form, voir dire questions, witness lists and exhibit lists until June 10, 2011.   The Final Pretrial Conference is not scheduled until June 13, 2011.  The Plaintiffs state that moving the Final Pretrial Statement deadline will reduce costs to both parties and increase the likelihood that a settlement will be reached during the mediation.  Since the Court ordered the mediation for June 9, 2011, the Court will allow the brief extension of time to file the Final Pretrial Report.

      Accordingly, it is now

      **ORDERED:**

The Plaintiffs, Leslie A. Fattorusso and Gerald N. Harrington's Motion for Extension of Time  (Doc. #57) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd    day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record