UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

"IN ADMIRALTY"

LESLIE A. FATTORUSSO and GERALD N. HARRINGTON,

Plaintiffs,

v. Case No. 2:10-cv-201-FtM-36SPC

THE M/V WANDERER II, (official number 1052543), its engines, tackle, apparel, etc., *in rem*; PETE D. GARRIGUS, *in personam*, doing business as Captain Pete's; BLAYNE HASS, *in personam*, BLAYNE'S AUTO AIR, INC., in *personam*,

Defendants.

______________________________________/

**MOTION TO COMPEL**

COME NOW the Plaintiffs, LESLIE A. FATTORUSSO and GERALD N. HARRINGTON, by and through undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and move the Defendant Blayne Hass to answer Plaintiff's Interrogatories and Request for Production sent in aid of execution. Defendant Blayne Hass has not responded in any way.

**MEMORANDUM IN SUPPORT OF MOTION**

Following the Judgment entered in this matter and in aid of execution, Plaintiffs served Interrogatories and a Request for Production on Blayne Hass on October 11, 2012. Pursuant to Local Rule 3.04, the following requests were made:

**INTERROGATORIES**

1. Please state your full legal name, any nicknames or aliases, your residence address, mailing address (if different), all telephone numbers, social security number and driver's license number.

**ANSWER:**

2. Please state the name of your current employer, the employer's address, your position or job description, rate of pay, average paycheck, average commissions or bonuses and all other sources of personal income.

**ANSWER:**

3. Please state the name of your spouse, your spouse's address (if different), your spouse's Social Security number and birth date, spouse's employer, spouse's average paycheck or income, and all other family income.

**ANSWER:**

4. Please describe all accounts or investments you may have, including, but not limited to, stocks, mutual funds, savings bonds, or annuities.

**ANSWER:**

5. Please state the names and ages of all your children, any child support or alimony obligations, and the names of others you have lived with, indicating who was the head of your household.

**ANSWER:**

6. Please identify all checking accounts you hold, either individually, jointly or in which you have any interest, including the name of the bank, address of the bank and account number.

**ANSWER:**

7. Please identify all savings accounts you hold, either individually, jointly or in which you have any interest, including the name of the bank, address of the bank and account number

**ANSWER:**

8. Please identify any real estate (land) you own or are buying, including the address, all names on the title, details of any mortgage, balance owed, and monthly payment.

**ANSWER:**

9. Please identify all motor vehicles, vessels, motorcycles, aircraft, or any other titled property that you own or are buying including the year, make, model, vehicle ID number, color, tag number, mileage, names on the title, present value, the identity of any loan and who holds the loan, the balance of the loan and any monthly payment.

**ANSWER:**

10. Have you given, sold, loaned or transferred any real or personal property worth more than $100.00 to any person in the last year? If your answer is "Yes", describe the property, market value, and sale price and give the name and address of the person who received the property.

**ANSWER:**

11. Does anyone owe you money? If so, please indicate the name and address of the person owing the money, the reason the money is owed, and the amount owed and when due.

**ANSWER:**

The following requests for production were made:

**REQUEST FOR PRODUCTION**

1. All documents identified in your answers to interrogatories.

2. A copy of your driver's license.

3. A copy of your Social Security card.

4. A copy of the title and registration for any vehicle, boat, motorcycle, bicycle, aircraft, or other personal property.

5. A copy of your last pay stub.

6. A copy of your last six statements for each bank, savings, credit union, investment account or any other financial account.

7. A copy of any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

8. A copy of all financial statements, loan applications, lists of assets and liabilities submitted to any person or entity within the last three years.

9. A copy of any loan or promissory note you are obligated to pay or are paying.

10. A copy of your last three income tax returns filed.

11. A copy of all bills of sale or other written evidence of a gift, sale, purchase or other transfer of any personal or real property to or from you or your spouse within the twelve (12) months immediately preceding the date of judgment.

Defendant Blayne Hass has not responded in any way. Plaintiff respectfully requests this Honorable Court to enter an Order compelling Blayne Hass to answer the discovery within 7 days of the date of the Order.

WHEREFORE, Plaintiffs LESLIE A. FATTORUSSO and GERALD N. HARRINGTON respectfully request this Honorable Court to compel Defendant BLAYNE HASS to answer the discovery within 7 days of the date of the Order, plus any other and further relief this Court deems just in the premises.

**RULE 3.01(g) CERTIFICATION**

The undersigned counsel certifies that he has attempted to confer with Blayne Hass regarding this motion but Mr. Hass has not responded to any attempt. The undersigned will continue the attempts to confer and will supplement this motion upon doing so.

Respectfully submitted,

Eric C. Thiel, Esquire (FBN: 016267)
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Boulevard, Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2012, a copy of the foregoing was furnished by e-mail and United States Mail to: Blayne Hass at 4261 Orange Grove Blvd., North Fort Myers, FL 33903 and at cindieblayne@hotmail.com.

Eric C. Thiel, Esquire (FBN: 016267)